IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **In re the Matter to Enforce Subpoena Issued to Crowe LLP** | ) ) ) ) ) | Miscellaneous Action<br><br>No. |

### DECLARATION OF RICHARD M. ELIAS

I, Richard M. Elias, declare as follows:

1. I am over 18 and attorney of record for Movants in a lawsuit that Medical Properties Trust, Inc. ("MPT") has filed against Movants pending in the USDC for the Northern District of Alabama.

2. Attached as Exhibit 1 is a true and accurate copy of the following article published by the Organized Crime and Corruption Reporting Project ("OCCRP"): Khadija Sharife, *U.S. Healthcare Firm Embroiled in Malta Corruption Scandal Spent Millions on Private Spies*, July 1, 2024 ("OCCRP Article").

3. Since at least 2022, the law firm of Quinn, Emanuel, Urquhart & Sullivan, LLP and its lead partner, Anthony Bongiorno, have represented both MPT and Steward Health Care System LLC despite the clear conflict of interests between the landlord and its insolvent tenant.

4. MPT has admitted that Quinn Emanuel hired Audere to conduct work for MPT around the same time that Quinn Emanuel hired Audere to spy on Movants, Crowe employees, and Steward's own employees. A copy of that email exchange between myself and counsel for MPT is attached hereto as Exhibit 2.

5. On July 3, 2024, Movants served Crowe with a subpoena for the production of documents, a true and accurate copy of which is attached hereto as Exhibit 3.

6.  That subpoena was served on Crowe's registered agent in Chicago, Illinois, and a true and accurate copy of the proof of service is attached hereto as Exhibit 4.

7.  On July 15, 2024, Crowe's in-house counsel sent Movants a letter stating Crowe's objections to the subpoena, a true and accurate copy of which is attached hereto as Exhibit 5.

8.  That same day, I sent Crowe's counsel an email expressing Movants' desire to meet and confer and the need to do so expeditiously given the time constraints of the underlying case. I followed up with a voicemail, and then attempted counsel again the next day by phone and email. Despite these efforts, Crowe's counsel has failed to provide *any* response.

I swear under penalty of perjury that the foregoing is true and correct.

Dated: July 17, 2024                    */s/ Richard M. Elias*
                                        Richard M. Elias