IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **In re the Matter to Enforce Subpoena Issued to Crowe LLP** | ) ) ) ) ) | Miscellaneous Action<br><br>No. |

### DECLARATION OF FRASER PERRING

I, Fraser Perring, declare as follows:

1. I am over 18, a resident of the United Kingdom, and a Defendant in a lawsuit that Medical Properties Trust, Inc. ("MPT") has filed against me pending in the USDC for the Northern District of Alabama.

2. Prior to its publication about MPT's and Steward's illegal surveillance of me, the Organized Crime and Corruption Reporting Project ("OCCRP") contacted me and provided me detailed evidence of criminal invasions of my privacy, including, among other things, job sheets that described Audere International's efforts to (1) place a tracker on my car, (2) trespass onto my property to video record me at night while at home, (3) plan a scheme to disable my CCTV system and break into my home to obtain physical access to my personal computer, and (4) breach my personal data, including my cellular phone and bank account data.

3. Following discovery of this evidence, I did my own investigation and independently verified that I had been illegally surveilled. For example, I contacted my bank, HSBC, about the issue, who then did an investigation. HSBC then contacted me and told him that my account had been improperly accessed by an imposter who called an obscure HSBC phone line, which was not generally available to the public, that allowed account access with minimal security verification. HSBC confirmed that the person (whose voice was recorded) was

clearly not me. The bank further confirmed that by providing minimal personal information about me, the imposter was able to obtain detailed information about my banking activity. *Id.*

I swear under penalty of perjury of the laws of the United States and United Kingdom that the foregoing is true and correct.

Dated: July 17, 2024

_____
Fraser Perring