# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

|  |  |
|---|---|
| Plaintiff, | |
| v. | Case No.: 1:24–cv–06069 |
| | Honorable Martha M. Pacold |
| Crowe LLP | |
| Defendant. | |

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Jeannice W. Appenteng for the purpose of holding proceedings related to: Movants' motion to enforce subpoena issued to Crowe, LLP [1]. (rao, )

Dated: July 19, 2024

/s/ Martha M. Pacold

United States District Judge