# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

|  |  |
|---|---|
| Plaintiff, | |
| v. | Case No.: 1:24–cv–06069 |
| | Honorable Martha M. Pacold |
| Crowe LLP | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 24, 2024:

MINUTE entry before the Honorable Jeannice W. Appenteng: This case has been referred to Magistrate Judge Appenteng for the purpose of holding proceedings related to movants' motion to enforce subpoena issued to Crowe, LLP [2]. Movants' motion to enforce subpoena [1] is entered and continued. By 7/25/2024, movants shall file a motion for leave, nunc pro tunc, to file the redacted version of Exhibit 2 of movants' motion [1], and to file the unredacted version under seal. Movants shall serve, consistent with Federal Rule of Civil Procedure 5(b)(1), a copy of this order and movants' motion to Crowe, LLP and Medical Properties Trust, Inc. and file a certification of service in the manner ordered. Within 21–days of service, Crowe, LLC shall file with this Court a response to movants' motion. Tracking status hearing set for 8/30/2024 at 8:30 a.m. for tracking purposes only (no appearance is required; the case will not be called). Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.