# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Viceroy Research LLC, et al., | ) | |
| | ) | Case No. 24 C 6069 |
| | ) | |
| v. | ) | Hon. Martha M. Pacold |
| | ) | |
| Crowe LLP | ) | |

## ORDER

Richard M. Elias's motion for leave to appear pro hac vice on behalf of movants Viceroy Research LLC, Fraser Perring, Gabriel Bernarde, and Aidan Lau [3] is granted.

Date: July 23, 2024                             /s/ Martha M. Pacold