IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re the Matter to Enforce Subpoena Issued to Crowe LLP | ) Miscellaneous Action <br> ) <br> ) No. 1:24-cv-06069 <br> ) |

**MOVANTS' MOTION FOR LEAVE, NUNC PRO TUNC, TO FILE REDACTED VERSION OF EXHIBIT AND FILE UNREDACTED VERSION UNDER SEAL**

Pursuant to the Court's Order dated July 24, 2024 (ECF # 4), Movants hereby submit their motion for leave, nunc pro tunc, to file the redacted version of Exhibit 2 to the Declaration of Richard M. Elias (ECF # 1-3) in the public record, and an unredacted version of the exhibit under seal. The exhibit is an email exchange between counsel for Movants and counsel for Medical Properties Trust, Inc. ("MPT") related to MPT's collusion with one of its tenants, Steward Health Care System LLC ("Steward"), through their joint counsel, Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"). The parties conspired to engage and share information gathered by a spy firm, Audere International, that criminally invaded the privacy of Movants and others, and orchestrated an extensive surveillance campaign involving Movants and Respondent Crowe LLP, among others. The redacted sentence in the exhibit contains sensitive information about a non-public government subpoena related to these issues that the relevant government body prefers remains confidential. The redacted sentence is not material to the resolution of Movants' motion. Therefore, Movants respectfully request leave, nunc pro tunc, to file the redacted exhibit in the public record and the unredacted version under seal.

Dated: July 26, 2025

Respectfully submitted,

**ONDERLAW, LLC**
*/s/ W. Wylie Blaire*
W. Wylie Blair, #06285762
ONDERLAW, LLC
110 E. Lockwood Ave, 2nd Fl
St. Louis, MO 63119
Tel: (314) 963-9000
Fax: (314) 963-1700
blair@onderlaw.com

Richard M. Elias
MO Bar #53820 (Pro Hac Vice)
Elias LLC
27 W. Lockwood Ave
St. Louis, MO 63119
(314) 391-6820
relias@eliasllc.com

*Attorneys for Movants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on counsel of record for Respondent Crowe LLP and Medical Properties Trust, Inc. by email on July 26, 2024.

/s/ Richard M. Elias
Richard M. Elias