# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

|  |  |
|---|---|
| Plaintiff, | |
| v. | Case No.: 1:24–cv–06069 |
|  | Honorable Martha M. Pacold |
| Crowe LLP | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 14, 2024:

    MINUTE entry before the Honorable Jeannice W. Appenteng: For the reasons set forth in the accompanying order, Movants' motion to enforce the subpoena [1] is denied. Crowe need not respond to Movants' subpoena. All matters relating to the referral are concluded; the referral is terminated. Enter order. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.